UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61659-CIV-COHN/WHITE

JIMMIE MOHRLE,

    Petitioner,

vs.

WALTER A. McNIEL,

    Respondent.

_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Petitioner Jimmie Mohrle's Application for Certificate of Appealability [DE 19] ("Motion"). The Court has carefully considered the Motion and is otherwise advised in the premises.

This Court adopted the Report and Recommendations of Magistrate Judge White and overruled Mr. Mohrle's Objections. See DE 18. After considering the instant Motion for Certificate of Appealability, the Court denies such certification, as the Court concludes under Slack v. McDaniel, 529 U.S. 473, 484 (2000), that Movant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." The Court notes that pursuant to Rule 22(b)(1), the Movant may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner Jimmie Mohrle's Application for Certificate of Appealability [DE 19] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of October, 2010.

                                              */s/ James I. Cohn*
                                              JAMES I. COHN
                                              United States District Judge

Copies provided to: Appeals Desk (Miami)